UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

BRITTANY REID,

    Plaintiff,

    v.

GE CAPITAL RETAIL BANK,

    Defendant.

PLAINTIFF'S VERIFIED COMPLAINT

COMES NOW Plaintiff, BRITTANY REID ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, GE CAPITAL RETAIL BANK ("Defendant"), alleges and affirmatively states as follows:

## INTRODUCTION

1. Count I of Plaintiff's Complaint alleges that Defendant negligently, knowingly and/or willfully violated the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq.* (TCPA).

## JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 28 U.S.C. 1331.

3. Because Defendant conducts business in the State of Florida personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Augusta, Augusta-Richmond County, Georgia.

6. Defendant is a business entity with its principal place of business in Kettering, Ohio.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. Defendant places collection calls to Plaintiff seeking and attempting to collect on an alleged debt.

9. Defendant places collection calls to Plaintiff's cellular telephone at phone number (912) 412-70XX.

10. Defendant places collection calls to Plaintiff from phone numbers including, but not limited to, 330-433-5979

11. Upon information and belief, Defendant's calls were placed with an automatic dialing system ("auto-dialer").

12. On February 18, 2014 at approximately 4:40pm Eastern Time, Plaintiff received a call from Defendant at 330-433-5979 and spoke with Defendant's representative, "Lex."

13. In the course of the telephone conversation on September 30, 2013, Plaintiff instructed Defendant to stop placing telephone calls to her cell phone and requested that Defendant correspond in writing only.

14. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on February 18, 2013.

15. Despite Plaintiff's request to cease, Defendant placed at least fifty-four (54) automated collection calls to Plaintiff.

16. Specifically, Defendant called Plaintiff as follows:

- February 24, 2014: one (1) call at 7:44pm;
- February 25, 2014: four (4) calls at 8:22am, 2:03pm, 4:$2pm, 7:40pm;
- February 26, 2014: two (2) calls at 8:37am, 7:37pm;
- February 27, 2014: four (4) calls at 9:49am, 12:37pm, 3:33pm, 5:11pm;
- February 28, 2014: four (4) calls at 8:08am, 12:09pm, 3:55pm, 6:15pm;
- March 1, 2014: four (4) calls at 8:12am, 10:33am, 12:50pm, 8:05pm;
- March 2, 2014: three (3) calls at 1:02pm, 4:04pm, 8:01pm;
- March 3, 2014: four (4) calls at 8:32am, 1:34pm, 5:54pm, 7:55pm;
- March 4, 2014: five (5) calls at 9:20am, 11:44am, 1:12pm, 5:54pm, 8:33pm;
- March 5, 2014: four (4) calls at 8:38am, 1:00am, 4:02am, 5:33pm;
- March 6, 2014: four (4) calls at 8:55am, 11:29am, 1:31pm, 6:48pm;
- March 7, 2014: four (4) calls at 9:41am, 12:21pm, 5:49pm, 8:24pm;
- March 8, 2014: four (4) calls at 10:25am, 11:34am, 12:54pm, 3:03pm;
- March 9, 2014: 2014: four (4) calls at 8:18am, 9:47am, 10:59am, 1:25pm;
- March 10, 2014: three (3) calls at 8:25am, 10:49am, 1:51pm.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTIONS ACT

17. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

18. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

Wherefore, Plaintiff, BRITTANY REID, respectfully requests judgment be entered against Defendant, GE CAPITAL RETAIL BANK for the following:

19. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

20. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

21. All court costs, witness fees and other fees incurred; and

22. Any other relief that this Honorable Court deems appropriate.

                                              RESPECTFULLY SUBMITTED,

DATED:  March 21, 2014

                              By:  /s/ Shireen Hormozdi_____
                                   Shireen Hormozdi
                                   Georgia Bar No. 366987
                                   Krohn & Moss, Ltd
                                   10474 Santa Monica Blvd. Suite 405
                                   Los Angeles, CA 90025
                                   Tel: (323) 988-2400 x 267
                                   Fax: (866) 861-1390
                                   Email: shormozdi@consumerlawcenter.com