IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| BRITTANY REID, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 114-079 |
| | ) | |
| GE CAPITAL RETAIL BANK, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

Plaintiff filed the above-captioned case on March 21, 2014, (doc. no. 1), and Defendant filed a motion to dismiss on June 19, 2014, (doc. no. 8). Plaintiff filed an amended complaint on July 1, 2014, (doc. no. 9), and Defendant filed a second motion to dismiss on July 15, 2014 in response, (doc. no. 10).

Pursuant to Local Rule 26.1, the parties should have conferred as provided in Federal Rule of Civil Procedure 26(f) within forty-five days after the filing of Defendant's first motion to dismiss and should have submitted a joint 26(f) Report within fourteen days of the conference. However, no Rule 26(f) Report has been filed. The pendency of Defendant's motion to dismiss does not excuse the parties' obligation to confer pursuant to Federal Rule 26.

Accordingly, the Court **ORDERS** the parties to conduct a conference within seven days of the date of this Order, and to file a joint 26(f) Report within fourteen days of the date of this Order.

The Court **DIRECTS** the **CLERK** to attach the standard "RULE 26(f) REPORT" to this Order.

SO ORDERED this 28th day of August, 2014, at Augusta, Georgia.

*/s/ Brian K. Epps*
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA